IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT MASSIE,

      Plaintiff,                      No. 2:11-cv-0522 KJN P

     vs.

ARIK AMAYA, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a county prisoner proceeding without counsel, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mass0522.59